1008

[Nos. 35983-5-I; 34985-6-I. Division One. April 8, 1996.]

MICHELE HARDESTY, *Appellant*, v. MORTON
STENCHEVER, M.D., ET AL., *Respondents*.

MICHELE HARDESTY, *Respondent*, v. MORTON
STENCHEVER, M.D., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, Nos. 94-2-31801-2 and 93-2-27574-9, Liem E. Tuai,
J., entered January 19, 1995 and June 23, 1994. *Dismissed*;
*affirmed* and *remanded* by unpublished opinion per Agid,
J., concurred in by Webster and Cox, JJ. Now published at
82 Wn. App. 253.

[No. 36067-1-I. Division One. April 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-08024-3, John M. Darrah, J., entered
February 2, 1995. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Baker, C.J., and Becker, J.

[No. 37149-5-I. Division One. April 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
GERALDINE HENDRICKSON, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-02855-8, Jo Anne Alumbaugh, J., entered
August 2, 1995. *Remanded* by unpublished opinion per
Becker, J., concurred in by Coleman and Webster, JJ. Now
published at 81 Wn. App. 397.

[No. 13325-7-III. Division Three. April 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. HARVEY
LEROY RUIZ, A/K/A GREGORY POWERS, A/K/A HARVEY
L. TALBERT, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 92-1-02153-1, Susan L. Hahn, J.,
entered May 25, 1993. *Affirmed in part* and *reversed in
part* by unpublished opinion per Sweeney, C.J., concurred
in by Munson and Thompson, JJ.